IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

Bradley Zerkle, et al., :

    Plaintiff, : Case No. 3:18-cv-00040

vs. : Judge Walter H. Rice

Meijer, et al. :

    Defendants. :

## ORDER

For good cause shown, Defendant Meijer is granted an additional thirty (30) days until March 8, 2018 to respond to Plaintiff's First Amended Complaint. Discovery in this case is also stayed until after the parties have conferred pursuant to Fed. R. 26(f).

IT IS SO ORDERED.

_____
Judge Walter H. Rice

Cc: Gary W. Hammond
    W. Charles Curley
    Kaitlin L. Madigan
    Melvin Davis